DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTINA WEST,**
Appellant,

v.

**ERIC BALIS,** as personal representative
of the **ESTATE OF BABETTE BALIS**,
Appellee.

No. 4D2025-3309

[July 23, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kim Theresa Mollica, Judge; L.T. Case No. 062025CC062378AXXXNO.

Christina West, Margate, pro se.

Andrew K. Fein and Ashley D. Adras of Minerley Fein, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH, JJ., and SCHWAB, CHARLES, ANTHONY, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***